I'm going to read this warning to our citizens for the unbearable future of our jurisprudence citizens. So the proper appeals from the District Courts were that there are already issues with the conversions of water from the Trinidad River for a general non-valid 1985-1986. The District Court's ruling is based on its legal interpretation of court orders in the Trinidad. You can rule that no regulations or superstition uncover certain court orders, but it may not bind you to the key regulations or indices or guidelines against certain court orders or the Federal River Regulations. Proper self-orders. So this resolution covers these two issues. First, whether the District Courts legal interpretations of historic court orders are relevant to the observance that the Irrigation District was excused from compliance with future regulations governing conversions of the Trinidad River in 1985-1986. And the second issue is the alternative. If the District Court was correct, whether it's an unlawful exercise of institutional medical authority, dispassionate and inappropriate remedy on behalf of the tribe, or violations of those regulations from limited areas for which the District Court found they were in effect those two years ago. I have a question regarding the overseas. As I understand it, part of what the District Court said was that a key junction in the program would allow people to vote for these motions in 1985-1986. And he said, what is your general idea for selling this letter and giving it on as the first read? It is kind of an impotentiary finding, but the District Court, with all respect, has indicated kind of that it is an unlawful term for me to use it. You know, it's a tribe in the United States that were scheduled on disobeying the first letter of evidence. It's easy for me to exhibit it for children who are schooled and then admit it for other purposes. So we're not going to let it go above any other law for you to use. We don't have to use it. It's revoked in Exhibit 430. So it's the trade-off, right, that some of the data in Exhibit 430 came from published USGS survey data. And you need to consult the USGS data. And before you have Exhibit 430 or 2, they need to revoke Exhibit 430. That's a good question. And frankly, one of the impotentiaries, I think the important thing to point out is some of the USGS data, although in Exhibit 430, in a different way to describe it, they sort of might just use the abbreviated word, wire-study calculation method that is not in the USGS. So the data that's in the USGS data is being inferred from the source of the data. And there's a different model that uses this. And that's what they do. And it seems to me to be a very good question. The more information that you can find from the USGS data, the more studies you can do against this. And obviously, the child is probably going to use the information that you're going to be very sensitive to. Yes. Yes. Yes. Okay.
judges: Graber, Friedland, Fogel